WR-84,279-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/3/2015 4:17:14 PM
Accepted 12/3/2015 4:21:23 PM
ABEL ACOSTA
CLERK

No. WR-84,279-01

IN RE:            §     IN THE TEXAS COURT

KEVIN RICHARD JOLIET     §

Relator           §

                  §     OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
12/3/2015
ABEL ACOSTA, CLERK

### MOTION TO DISMISS ORIGINAL PROCEEDING APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW KEVIN RICHARD JOLIET, hereinafter referred to as Relator, by and through WES BALL, his attorney of record and files this Motion to Dismiss Original Proceeding Application for Writ of Prohibition and in support thereof would show the Court as follows:

I.

On December 2, 2015 Relator filed his Application for Writ of Prohibition, Motion for Leave to File Application for Writ of Prohibition and Emergency Motion Requesting Stay of Trial Court Proceedings Pending Resolution of Writ with this Honorable Court. At the time of this filing, Respondent proposed to enter an order depriving Relator of his liberty on Friday, December 4, 2015. It was this proposed order for which Relator complained and sought a Writ of Prohibition.

II.

On the morning of December 3, 2015, undersigned counsel for Relator was advised by the Honorable Charles Reynold Tarrant County Judicial Staff Counsel that he was representing Respondent. Mr. Reynolds advised Relator's counsel that Respondent, after consultation with counsel had decided to withdraw any proceedings to incarcerate Relator and deprive him of his

liberty. Relator's counsel confirmed this decision by Relator with Respondent's Chief Probation Officer Doug Jones.

Accordingly, the relief sought in Relator's Application for Writ of Prohibition and the accompanying Emergency Motion for a stay is no longer necessary as the future act complained of will not occur. Undersigned counsel's office contacted the Clerk of this Court by phone to alert the Court that further action was no longer necessary and that a request to dismiss these proceedings would be forthcoming in writing. This is that written request.

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Honorable Court enter an ORDER dismissing this cause and Application for Writ of Prohibition.

Respectfully submitted,

/s/ Wes Ball
WES BALL
4025 Woodland Park Blvd.
Suite 100
Arlington, Texas 76013
Email: WBnotices@ballhase.com
Telephone: (817)860-5000
Fax No.: (817)860-6645
State Bar No. 01643100

ATTORNEY FOR RELATOR

## CERTIFICATE OF SERVICE

On the 3rd day of December, 2015, the Honorable Charles Reynolds, attorney for Respondent and the Honorable Charles Mallin, Assistant District Attorney for the Tarrant County District Attorney's office were served the foregoing motion through the E-file system.


/s/ Wes Ball
WES BALL


## CERTIFICATE OF CONFERENCE

On the 3rd day of December, 2015, Wes Ball, Attorney for Relator contacted the Honorable Charles Reynolds, attorney for Respondent and the Honorable Charles Mallin, Assistant District Attorney for the Tarrant County District Attorney, regarding the foregoing Motion and they have advised that they are unopposed to the filing of this Motion.


/s/ Wes Ball
WES BALL